**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

EHR AVIATION, INC., a
Delaware corporation

        Plaintiff,

vs.                                              Case No. 3:09-cv-210-J-32TEM

STARWOOD AVIATION, INC.,
a Nevada corporation; and
CRAIG LAWSON, individually,

        Defendants.

## **ORDER**[1]

This case is before the Court on Plaintiff EHR Aviation, Inc.'s Amended Motion for Default Judgment. (Doc. 12). On December 23, 2009, this Court entered an Order reserving ruling on Plaintiff's motion and requesting that Plaintiff either prepare a proposed final judgment applying the Court's findings or provide support for certain additional requested damages. (Doc. 15). Plaintiff has filed a notice accepting this Court's findings as set forth in the December 23rd Order. (Doc. 16).

Upon consideration, the Court finds default judgment is now due to be entered for Plaintiff and against Defendant Starwood Aviation, Inc. in the amount of $5,557,594.52 pursuant to Fed.R.Civ.P. 55(b)(2). This figure represents the total of the following amounts:

1.     $3,145,818.62, the current balance of the unpaid loan principal and unpaid interest concerning the 1978 Gulfstream II aircraft, FAA registration number N10RQ, plus

---

[1] Under the E-Government Act of 2002, this is a written opinion and therefore is available electronically. However, it has been entered only to decide the motion or matter addressed herein and is not intended for official publication or to serve as precedent.

the amount spent to dismantle the plane, less the estimated worth of its sellable parts.

2. $1,827,132.90, the current balance of the unpaid loan principal and unpaid interest concerning the 1976 Gulfstream II aircraft, FAA registration number N195AR, plus the amount spent to dismantle the plane, less the estimated worth of its sellable parts.

3. $319,378.00, the cost of returning the 1968 Gulfstream II aircraft, FAA registration number N169HM, to airworthy condition.

4. $252,000.00, the cost of returning the 1968 Gulfstream II aircraft, FAA registration number N747NB, to airworthy condition.

5. $13,265.00 in attorney's fees and costs. Accordingly, it is hereby

**ORDERED**:

1. Plaintiff's Amended Motion for Default Judgment (Doc. 12) is **GRANTED**.

2. The Clerk is directed to enter a default judgment in favor of plaintiff, EHR AVIATION, INC., and against defendant STARWOOD AVIATION, INC. in the amount of $5,557,594.52, plus interest as allowed by law.

**DONE AND ORDERED** at Jacksonville, Florida this 1st day of March, 2010.

TIMOTHY J. CORRIGAN
United States District Judge

jmm.
Copies:
counsel of record

Starwood Aviation, Inc.
C/o American Corporate Enterprises
123 W. Nye Ln. #129
Carson City, NV 89706